# EXHIBIT 1

MADE IN OUR USA KENTUCKY KITCHENS

EASY OPEN LIFT AND PULL TAB TO YOUR RIGHT DO NOT CUT

Orijen®
NOURISH AS NATURE INTENDED




# Regional Red

## BIOLOGICALLY APPROPRIATE™ DOG FOOD

MADE WITH REGIONAL RED MEATS DELIVERED FRESH OR RAW DAILY
ANGUS BEEF, WILD BOAR, BOER GOAT, ROMNEY LAMB, YORKSHIRE PORK & WILD-CAUGHT MACKEREL

BIOLOGICALLY APPROPRIATE™ PROTEIN-RICH | CARBOHYDRATE-LIMITED

TOP 10 FRESH OR RAW PREMIUM ANIMAL INGREDIENTS

WHOLEPREY™ DIET MEAT | ORGANS | CARTILAGE

LOW TEMP 200°F — LOW TEMPERATURE PREMIUM MEAT INGREDIENTS

FREEZE-DRIED LIVER INFUSED FOR NATURAL FLAVOR

MADE IN OUR USA KENTUCKY KITCHENS | PREPARED WITH PRIDE FROM TRUSTED REGIONAL INGREDIENTS
MAXIMUM 20% CARBOHYDRATE (AS ESTIMATED BY NFE)

### DAILY RATION AND FEEDING GUIDE

8 OZ CUP IS 114 G OF FOOD

| DOG WEIGHT | | LESS ACTIVE (1 hour or LESS daily exercise) | | ACTIVE (1 hour or MORE daily exercise) | |
|---|---|---|---|---|---|
| LB | KG | CUPS/DAY | GR/DAY | CUPS/DAY | GR/DAY |
| 4½ lb | 2 kg | ¼ c | 28 g | ⅓ c | 38 g |
| 11 lb | 5 kg | ½ c | 57 g | ¾ c | 86 g |
| 22 lb | 10 kg | ¾ c | 86 g | 1⅓ c | 152 g |
| 44 lb | 20 kg | 1½ c | 171 g | 2¼ c | 257 g |
| 66 lb | 30 kg | 2 c | 228 g | 3 c | 342 g |
| 88 lb | 40 kg | 2½ c | 285 g | 3¾ c | 428 g |
| 110 lb | 50 kg | 3 c | 342 g | 4½ c | 513 g |
| 132 lb | 60 kg | 3⅓ c | 380 g | 5 c | 570 g |

**EVERY DOG IS DIFFERENT.**

Just like you, your dog is a unique individual with feeding requirements that will vary with environment, age and activity.

This chart provides an initial guide, and we suggest monitoring your dog's weight and adjusting amounts as needed. Feed twice daily, and always keep fresh, clean water available.

**PUPPIES**: at 1½ - 3 months old feed twice the adult amount. At 3 - 6 months feed 1½ times the adult amount. At 6 - 11 months feed 1¼ times the adult amount.

**GESTATION**: increase from 25% to 50% of the adult amount. **LACTATION**: feed "free choice."

ORIJEN Regional Red Dog is formulated to meet the nutritional levels established by the AAFCO Dog Food Nutrient Profiles for All Life Stages, except for growth of large size dogs (70 lb. or more as an adult).

Orijen
NOURISH AS NATURE INTENDED

Regional Red
BIOLOGICALLY APPROPRIATE™ DOG FOOD

NET WEIGHT 13 LB | 5.9 KG

WHOLEPREY™ DIET | 85 15 0

DOG FOOD
FOR ALL BREEDS AND LIFE STAGES




Orijen
NOURISH AS NATURE INTENDED

# TRUSTED EVERYWHERE.

TRUSTED BY PET LOVERS EVERYWHERE, ORIJEN IS THE FULLEST EXPRESSION OF OUR BIOLOGICALLY APPROPRIATE™ AND FRESH REGIONAL INGREDIENTS COMMITMENT.

Brimming with Angus beef, wild boar, Boer goat, Romney lamb, whole wild-caught Atlantic mackerel and Yorkshire pork delivered from our region FRESH or RAW each day, ORIJEN Regional Red is loaded with goodness and taste.

Prepared exclusively in our state-of-the-art DogStar® Kitchens, award-winning ORIJEN is guaranteed to keep your cherished dog happy, healthy and strong.

Reinhard Muhlenfeld
**Founder**

### BIOLOGICALLY APPROPRIATE™

**NOURISH AS NATURE INTENDED** – ORIJEN mirrors the richness, freshness and variety of WholePrey™ meats that dogs are evolved to eat.

### FRESH REGIONAL INGREDIENTS

**GROWN CLOSE TO HOME** – We focus on local ingredients that are ethically raised by people we know and trust, and delivered to our kitchens fresh or raw each day.

### NEVER OUTSOURCED

**PREPARED EXCLUSIVELY IN OUR DOGSTAR® KITCHENS** – We don't make foods for other companies and we don't allow our foods to be made by anyone else.






JONATHAN OF JSW FARMS IN LIBERTY, KENTUCKY. TRUSTED SUPPLIER OF FRESH LOCAL BEEF.



MATTHEW, COMMITTED TO FOOD SAFETY AND TRUSTED QUALITY.



GRASS-FED KENTUCKY LAMB. DELIVERED FRESH OR RAW DAILY.

THIS 13 LB PACKAGE OF ORIJEN REGIONAL RED IS MADE WITH OVER

## 11 LB* OF FRESH, RAW OR DRIED ANIMAL INGREDIENTS | 2/3 FRESH OR RAW + 1/3 DRIED*

| 3 LB* | 1 1/4 LB* | 1/2 LB* | 1 3/5 LB* | 1/2 LB* | 1 LB* |
|---|---|---|---|---|---|
| FRESH | FRESH OR RAW | FRESH | FRESH OR RAW | FRESH OR RAW | FRESH |
| BEEF, ORGANS, CARTILAGE | WILD BOAR, ORGANS | BOER GOAT | LAMB, MUTTON, ORGANS | WHOLE ATLANTIC MACKEREL | PORK, ORGANS, CARTILAGE |

PLUS 3 1/4 LB* OF GENTLY DEHYDRATED BEEF, GOAT, LAMB, MACKEREL AND HERRING

*APPROXIMATE INCLUSIONS

### WHOLEPREY™ DIET

MEAT | ORGANS | CARTILAGE

IN HER INFINITE WISDOM, MOTHER NATURE MATCHED THE NUTRIENTS IN WHOLE PREY ANIMALS TO PERFECTLY MEET YOUR DOG'S DIETARY NEEDS.

That's why ORIJEN REGIONAL RED features richly nourishing ratios of fresh meats, organs, cartilage and fresh whole fish, providing a concentrated source of virtually every nutrient your dog needs, without long lists of synthetic supplements.

### LOW TEMPERATURE

LOW TEMP 200°F

PREMIUM DRIED RED MEAT AND FISH INGREDIENTS

MOST PET FOODS ARE MADE WITH MEAT AND FISH MEALS, INGREDIENTS THAT ARE RENDERED AT A HIGH TEMPERATURE FROM ANIMAL BY-PRODUCTS.

ORIJEN REGIONAL RED features premium dried meat and fish, prepared at a low temperature (200°F) from fresh ingredients that meet European Union Certification Standards — gently concentrating their goodness into a richly nourishing source of protein.

**MADE IN OUR USA KENTUCKY KITCHENS**

# ORIJEN REGIONAL RED

MODERN DOGS ARE BUILT LIKE THEIR ANCESTORS. WE BELIEVE THEY SHOULD EAT LIKE THEM TOO.

That's why ORIJEN REGIONAL RED is loaded with Angus beef, wild boar, Boer goat, Romney lamb and Yorkshire pork, delivered FRESH or RAW in nourishing WholePrey™ ratios and brimming with goodness and taste.

Prepared in our DogStar® Kitchens, award-winning ORIJEN is guaranteed to keep your dog healthy, happy and strong.

Read our ingredients and we think you'll agree.

## INGREDIENTS

Deboned beef, deboned wild boar, deboned goat, deboned lamb, lamb liver, beef liver, beef tripe, wild boar liver, deboned mutton, beef heart, whole atlantic mackerel, deboned pork, goat meal, beef meal, lamb meal, mackerel meal, whole red lentils, whole pinto beans, beef kidney, pork liver, herring meal, mutton meal, whole green peas, whole green lentils, whole navy beans, whole chickpeas, natural pork flavor, beef fat, lentil fiber, pork kidney, alaskan pollock oil, whole yellow peas, lamb tripe, wild boar heart, wild boar cartilage, beef cartilage, whole pumpkin, whole butternut squash, mixed tocopherols (preservative), dried kelp, zinc proteinate, kale, spinach, mustard greens, collard greens, turnip greens, whole carrots, whole apples, whole pears, freeze-dried beef liver, freeze-dried beef tripe, freeze-dried lamb liver, freeze-dried lamb tripe, pumpkin seeds, sunflower seeds, chicory root, turmeric, sarsaparilla root, althea root, rosehips, juniper berries, dried lactobacillus acidophilus fermentation product, dried bifidobacterium animalis fermentation product, dried lactobacillus casei fermentation product.

## GUARANTEED ANALYSIS

| | |
|---|---|
| Crude protein (min.) | 38 % |
| Crude fat (min.) | 18 % |
| Crude fiber (max.) | 4 % |
| Moisture (max.) | 12 % |
| DHA (docosahexaenoic acid) (min.) | 0.4 % |
| EPA (eicosapentaenoic acid) (min.) | 0.2 % |
| Calcium (min.) | 1.9 % |
| Phosphorus (min.) | 1.4 % |
| Omega-6 fatty acids* (min.) | 2 % |
| Omega-3 fatty acids* (min.) | 1 % |
| Glucosamine* (min.) | 400 mg/kg |
| Chondroitin sulfate* (min.) | 400 mg/kg |
| Total Microorganisms* (min.) | 100M CFU/lb |

(Lactobacillus acidophilus, Bifidobacterium animalis, Lactobacillus casei)

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles

## CALORIE CONTENT

Calorie content (calculated): ME 3860 kcal/kg, 440 kcal per 8 oz cup.

Calories distributed to support peak conditioning with 39% from protein, 19% from vegetables and fruits, and 42% from fat.

**MADE BY** CHAMPION PETFOODS USA INC.
12871 BOWLING GREEN ROAD
AUBURN, KENTUCKY 42206
US REG. 15415996410 | EU REG.
CHAMPIONPETFOODS.COM

DOGSTAR® KITCHENS

CUSTOMER CARE (USA)
**TOLL FREE 1.877.939.0006**
FOLLOW US ONLINE

ORIJEN.CA

@ORIJENPETFOOD @CHAMPIONPETFOOD

REGIONAL RED FOR DOGS
13 LB | 5.9 KG

0 64992 10513 6

interseroh DSI OD_004

85 15 0

WHOLEPREY™ DIET

Regional Red