# EXHIBIT G

**In The Matter Of:**

*Scott Weaver vs*

*Champion Pet Foods USA, et al.*

---

*Videotaped Deposition of Scott Weaver*

*June 19, 2019*

---


Verbatim Reporting, Limited
2 East Mifflin Street, Suite 102
Madison, Wisconsin 53703
www.Verbatim-Madison.com
Office@Verbatim-Madison.com
608.255.7700


VERBATIM REPORTING, LIMITED

"Excellence in Reporting Since 1988"

Min-U-Script with Word Index

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

= = = = = = = = = = = = = = = = = = = = = = = = = = = =

SCOTT WEAVER,

Plaintiff,

-vs- Case No. 2:18-cv-1996-IPS

CHAMPION PETFOODS USA, INC., and CHAMPION PETFOODS, LP,

Defendants.

= = = = = = = = = = = = = = = = = = = = = = = = = = = =

Videotaped Deposition of:

SCOTT WEAVER

Madison, Wisconsin

June 19, 2019

Reporter: Jessica Bolanos



I N D E X


| WITNESS | Page(s) |
|---|---|
| SCOTT WEAVER | |
| Examination by Ms. Baca | 5 |
| Examination by Ms. Peterson | 123 |
| Examination by Ms. Baca | 132 |
| Examination by Ms. Peterson | 133 |


E X H I B I T S


| No. | Description | Identified |
|---|---|---|
| Exh. 1 | Notice of deposition | 6 |
| Exh. 2 | Plaintiff's response to interrogatories | 44 |
| Exh. 3 | Second amended complaint | 65 |
| Exh. 4 | Orijen Regional Red bag printout | 72 |
| Exh. 5 | Orijen Six Fish bag printout | 75 |
| Exh. 6 | Orijen Six Fish bag printout | 79 |
| Exh. 7 | Purina Pro Plan Focus bag printout | 100 |
| Exh. 8 | Orijen Regional Red bag printout | 119 |


(Original exhibits attached to original transcript; copies provided to Attorney Baca and Attorney Peterson.)

(Original transcript filed with Attorney Baca; copies provided to Attorney Baca and Attorney Peterson.)



VIDEOTAPED DEPOSITION OF SCOTT WEAVER, called as a witness, taken at the instance of the Defendants, under the provisions of the Federal Rules of Civil Procedure, pursuant to notice, before Jessica Bolanos, a notary public in and for the State of Wisconsin, at the offices of Verbatim Reporting, Limited, Two East Mifflin Street, Suite 102, City of Madison, County of Dane, and State of Wisconsin, on the 19th day of June, 2019, commencing at 8:00 a.m.

A P P E A R A N C E S

REBECCA A. PETERSON, Attorney
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401, appearing on behalf of the Plaintiff.
rpeterson@locklaw.com 612-339-6900

ELISA H. BACA, Attorney
DAVID A. COULSON, Attorney
GREENBURG TRAURIG
333 Southeast 2nd Avenue, Suite 4400, Miami, Florida 33131, appearing on behalf of the Defendants.
bacae@gtlaw.com 305-579-0549
coulsond@gtlaw.com

Also Present: Jon Hansen, CLVS, videographer



THE VIDEOGRAPHER: Good morning. We're on the record. Today's date, June 19th, 2019. The time is 8:00 a.m. This deposition is being held at 2 East Mifflin Street, Suite 102, Madison, Wisconsin. Caption of the case, Scott Weaver versus Champion Petfoods USA, Inc., et al., United States District Court, Eastern District of Wisconsin, Milwaukee Division. Case number, 18CV1996JPS.

My name is Jon Hansen, CLVS, videographer with Verbatim Reporting, Madison, Wisconsin. At this time, if counsel could please state their appearances for the record, after which our reporter will swear in the witness and we can proceed.

MS. BACA: Elisa Baca from Greenberg Traurig on behalf of Defendants Champion Petfoods.

MR. COULSON: David Coulson is also in the deposition on behalf of Champion Petfoods.

MS. PETERSON: Rebecca Peterson of Lockridge Grindal Nauen on behalf of Plaintiff Scott Weaver.

SCOTT WEAVER,
called as a witness being first duly sworn in
the above case testified under oath as follows:
EXAMINATION
By Ms. Baca:
Q Good morning, Mr. Weaver.
A Good morning.
Q Would you please state your name for the record.
A Scott A. Weaver.
Q Thank you. And what is your address?
A [redacted] Fitchburg, Wisconsin [redacted].
Q Thank you. And your business address?
A Same address.
Q Okay. Do you have any e-mail address that you use?
A Yes.
Q And what is your e-mail address?
A [redacted]
Q Do you have any others that you use?
A No.
Q Okay. And what is your date of birth?
A [redacted]
Q Are you represented by counsel today?
A Yes.



Q And is your counsel Ms. Peterson?
A Yes.
Q Thank you. I'd like to introduce what I'll mark as Exhibit 1.
(Exhibit No. 1 marked for identification.)
Q Have you seen this before, Mr. Weaver?
A Yes.
Q Is that your name indicated on the document?
A Yes.
Q And does it indicate that you are to be present here today for the deposition?
A Yes.
Q Thank you. Have you ever been deposed before?
A Never.
Q All right. Well, I'd like to go over some ground rules for today, if you don't mind.
So if you don't understand something that I'm asking you, please just ask me to clarify, and I'll rephrase the question.
A Okay.
Q And if you can't hear me, please let me know, and I'll just speak up and repeat myself.
A Okay.
Q And I will need you to please answer audibly today



so that the court reporter can hear what you're saying and write things down correctly. Please don't respond with "nuh-uhs" or "uh-huhs." We need to respond with clear yeses or noes for the court reporter.
A Yes.
Q Are you on any medications today that may impair your memory or ability to recall or answer truthfully?
A No.
Q So did you prepare for today at all?
A Prepare for today?
Q Yes.
A Just understanding what I know.
Q Okay. And what did you do to prepare? Did you read anything? Did you speak with anyone?
A I read the article -- the paperwork that's been sent to me by my attorneys and spoke with my attorneys. That's it.
Q That --
MS. PETERSON: I'm going to object as to going into any of the type of conversation or content of any conversation with myself and Weaver from attorney/client privilege and instruct him not to answer as



to the fact of the communications between he and I, please.
MS. BACA: Agreed.
Q By "article," do you mean any news articles or --
A No.
Q -- online articles?
A No.
Q No? Okay. Are you referring to just the papers that have been filed --
A Just the papers --
Q -- in the lawsuit?
A -- that have been filed.
Q Okay. Great. And about how long did you spend reviewing these documents?
A 15 minutes.
Q Okay. So I'd like to ask you a little bit about yourself.
A Okay.
Q Are you currently married?
A Yes.
Q Is this your first marriage?
A Yes. 43 -- 44 years.
Q Congratulations. And what is your spouse's name?
A Susan.
Q What's her full legal name?

A We never discussed that. It was all about Jack, what can we do to help him or keep him good.
Q Absolutely. So let's transition to discuss your dog's eating habits and their foods.
Did your three dogs ever eat any dog food before eating Champion dog food or was Champion the first food they were ever introduced to?
A No, they had a food before we went to Champion, and we were recommended by a breeder to go to Champion. So we switched, and I honestly couldn't tell you the name of the food.
Q Okay. So let me try to break that down. They were on a pet food before Champion?
A Well, when they were puppies, they were on a pet food that's specifically for puppies.
Q Do you recall the brand name of the puppy diet?
A I do not.
Q Were all three on the same --
A Yes.
Q -- type of puppy diet?
A Yes.
Q Okay. Was there a particular reason you put your dogs on the puppy diet? Did somebody recommend it?
A Yeah. The breeders that -- when you get a puppy,



you always put them on puppy food to start their life. It has different nutrient -- nutrients, I believe, than regular dog food. I don't know that much about it.
Q Did you conduct any research into the puppy food, or was it just word of mouth?
A It was from the breeder telling us what's the recommended thing. So we did it.
Q Okay. Did you know anything specific about the nutritional value or just that it was aimed for puppies?
A Just aimed for puppies and that it would help them grow.
Q Did you know anything about the levels of heavy metals in the puppy food?
A No.
Q Did you know anything about the levels of BPA in the puppy food?
A No. If I knew anything about those levels, I would never give them to one of my puppies, dogs, any animal.
Q Understood. So why did you switch from the puppy diets over to Champion dog food?
A Because they were not puppies any longer. So now you start giving them adult food.



Q So in your search to find an adult food for your dogs, was there something specific that led you to Champion's pet food?
A My wife did a little bit of research on different brands of dog food, and then through recommendations of a breeder, they mentioned the Six Fish, and that -- that it would be good for their coats and excellent for them, and we did, like I said, a little bit of research, and we thought, "Well, geez. If it's six different fish in there, a reputable company. The bags are vacuum sealed so that it's fresh" -- when we would go to our store to buy pet food -- if you go over to Mounds, which is in town here, they put little circles on all the bags of pet food. Okay? And the little circle denotes when they received the product so that they could rotate properly. Okay?
When we would go in to buy our pet food, I would go in. We would look at the stack of pet food, and my wife would make me move every bag to find the bags in the back to give them the freshest pet food. And if a bag was -- the seal was broke -- because in the early years when it was produced in Canada, the bags were vacuum sealed and was like a brick. And you picked it up



and you went, "This is fresh," because there's no air in it to let anything get into it. So we would make sure that that bag was sealed properly and was hard as a rock. And if it wasn't, that would go back in the pile and let somebody else buy that pet food, and then we would take it home.
If we -- there were specific times of the year, we were told, that they were having trouble with getting all of the fish that are in there, and sometimes our Mounds that we bought at would be out. We would literally drive around Madison to all of the Mounds stores to find one that we would be able to purchase the exact same brand because my wife was very particular, and she would not change foods, because when you change foods, it can upset dogs' stomachs. So she would not do that.
We were also on the -- Mounds has a program where you get a loyalty card for pet food. Okay? So there's a little envelope, and I -- we don't have any of the envelopes anymore because you have to submit them to them, but you get an envelope -- a little envelope, and it's got squares on it. When you buy a bag of dog food of specific brands, of which Six Fish was on there, you would clip off

the UPC, take your receipt, staple it to the UPC. They would put their sticker on it saying that you bought it at Mounds, and then you put it in this envelope, and then you would log when you bought it, da, da, da.
And then after you bought 12 bags, you took in that envelope with all of my receipts and the UPC codes, give them to the clerk, grab another bag, which at the time, I think it was $106 or $108 bag. So we did not buy cheap food. And then they would give me that 12th bag free. And when you're going through a big bag of dog food at a hundred bucks every three weeks, it was well worth saving your receipts.
Q Okay. So let's try to go back to the original question. Your wife conducted some research when she was looking for a dog food, correct?
A A little bit of research, yes.
Q Okay. And what specifically was she looking for? What qualities in a dog food did she want?
A She was just looking -- I think she was looking at fat ratios or whatever. She didn't want the dogs to get fat.
Q So caloric content?
A Yeah.



Q Okay. What are any qualities or characteristics that you specifically were looking for in the dog food?
A No, not really, other than Jack was -- he was not on the Six Fish. He was on the -- I think it was bison or something like that, more beef because he was allergic to fish, and he would get hot spots. So we couldn't give him fish or poultry. That was the only thing that we looked at.
Q Okay. So in addition to your wife's internet research, you mentioned that you received a recommendation from the breeder to get on Champion dog food?
A From a breeder. Not from our breeder, but from another breeder that she had talked with.
Q Okay. And what -- if you recall anything, what did that breeder say?
A Just that it was excellent food, that it was -- Six Fish was good for their coats. And then when we looked at the price and we went, "Well, it's over a hundred bucks. Not many bags over a hundred bucks. It's got to be good." You know, you just kind of say that to yourself, and it's not like buying Old Roy at Walmart, you know? But those dogs probably live long too.



Q Understood. So how old were your dogs when you switched them off puppy food to Champion?
A Probably a year, little over a year.
Q Can you tell me about how you did the transition.
A We mixed puppy food with the regular food, and you mix it 50/50 to get their stomach used to it, and then we flipped them over totally.
Q Okay. How long do you think that transition took?
A Probably -- maybe a week, week and a half.
Q Okay.
A We have a feeding station for all three dogs. We had it custom made so that they can eat standing up, you know, so that they're not leaning over eating a dish on the floor. So it's a high feeding station at their chin level. All three dogs would come in. I would put a scoop into each dish, and they would eat together.
Q Great. So the internet research that led you to Champion, only your wife conducted it; you didn't do any --
A No.
Q -- searches on your own?
A I -- no.
Q Did you recall what websites that she visited?
A I have no idea.



Q Okay. Are you aware of Champion's website at all?
A No.
Q Have you ever visited it?
A I don't think I have, no.
Q Okay. There's a Champion's website. Have you visited the championpetfoods.com?
A I honestly don't remember ever visiting it, no.
Q Okay. How about the Acana website?
A I think I did just yesterday.
Q You did? What did you --
A Yeah, and --
Q -- look for at --
A I don't think I looked at Champion. I think I looked at Acana and Orijen or whatever.
Q And what did you look for on the Acana website?
A I just wanted to see the pictures of the bags so that I would see -- familiarize myself with the picture of the bags. That's all I looked at.
Q Okay. And where -- what jogged your memory?
A Well, preparing for today. You know, I wanted to make sure I had all of my information in my head.
Q Which bags on the websites specifically jumped out at you?
A Six Fish.
Q The Six Fish?

A Because it's what we -- that one and that other beef, bison, whatever it was.
Q Understood. Was there anything else you looked at either on Acana or Orijen website?
A No.
Q Are you aware that Champion has a white paper?
A I couldn't tell you what a white paper is.
Q Understood.
A What is white paper?
Q We can talk about that after the deposition.
A Oh, so it's negative? Okay.
Q No, not necessarily, sir. Not at all.
A Okay.
MR. COULSON: Yeah, the way this works is the lawyer gets to ask the questions, and you're supposed to answer.
THE WITNESS: Yeah.
Q It's a little unfair. I understand.
Have you ever heard of a -- a Clean Label Project?
A No.
Q Okay. Have you ever come across any websites, articles, blogs on the internet that were against Champion or said some negative things --
A No.



Q -- about Champion?
A No. I don't search blogs. The only thing I do on my computer is if I don't have an address for a store, I say, "Stop & Shop in Massachusetts -- in Chelsea, Massachusetts. Here's the address. Give me the phone number." That's what I do.
Q Understood. Has your wife ever shown you anything of this sort?
A No.
Q Okay. I'm just going to run through a couple pet food blogs. Tell me if you've visited these websites or heard -- or heard of them.
A Okay.
Q The Truth About Pet Foods?
A No.
Q Petfoodindustry.com?
A No.
Q Dogfoodadvisor.com?
A No.
Q Chagrinfallspetclinic.com?
A No.
Q How about your veterinarian? Does your veterinarian have a website that you visited?
A I never did, no.
Q Okay. And has your wife shown you anything on



these websites?
A No.
MS. BACA: Okay. All right. I'd like to take a quick break, if you don't mind --
THE WITNESS: Sure.
MS. BACA: -- just to kind of re-collect my thoughts.
THE WITNESS: Okay.
MS. BACA: All right.
THE VIDEOGRAPHER: Going off the record at 8:38.
(Recess taken.)
THE VIDEOGRAPHER: We're back on the record at 8:47.
Q Mr. Weaver, when were your dogs born?
A January -- exact birth dates, they would -- well, he was 11. So 11 years ago last -- he was born in -- I want to say March, and Jill was right about the same time, but she was a year younger.
Q So was Jack born in 2008?
A '8? No. It would be 2007, and then Jill would have been 2008.
Q And when was Prince Harry born?
A 2010.



Q How old were your dogs when you bought them from the breeder?
A Eight weeks, I think we get them.
Q Okay. So you purchased your dogs -- Jack first, Jill about a year later, and two years after that, Harry?
A Mm-hmm.
Q Do any of your dogs have any offspring?
A No. One of the stipulations with the breeder is you're not allowed to -- you're not allowed to breed. I don't -- I don't stay in touch -- or we don't stay in touch with people that would have had offspring, the brothers and sisters, no. I'm sure there are, but I don't know.
Q Who is your breeder?
THE WITNESS: Bless you.
MS. PETERSON: Thank you.
A Dichi.
Q Could you please spell that.
A D-I-C-H-I.
Q And where is Dichi located?
A Portage, Wisconsin.
Q What are the names of the veterinarians that saw your dogs when they started getting sick?
A Jesse Sondel and then -- that was our vet, and

then the UW vet, I can't tell you what his name is. We only saw him twice.
Q Have your three dogs visited any other vets besides those two?
A Now, Prince -- we switched our vet to Odyssey Clinic, which is a mile from our house. And our vet, Jesse Sondel, was -- he does all of the -- all of the -- I don't want to call it prenatal. I -- it -- for the puppies. He's -- he's for our breeder. He does all of the artificial insemination and all of that stuff. So he works really close with our breeder.
Q Has Jesse ever recommended pet food for you?
A No.
Q Have you ever asked Jesse for his opinion on pet food?
A I don't believe so, no.
Q How about the UW veterinarians?
A No.
Q Have they ever recommended pet food?
A No.
Q Have you asked them anything about --
A No.
Q -- Champion's dog food?
A No.



Q Had Odyssey Clinic given any recommendations for dog food?
A No.
Q Besides the recommendation of your breeder, were any other factors important to you when you decided to buy Orijen?
A We would look at the label and try to decipher through the chemical names what was in it, of course, and we would look at the crude fat, whatever, things like that just to see -- make sure that we were giving them good, healthy food. You know, I was kind of -- you know, when you asked the questions about the chemicals earlier if I knew what -- honestly, I don't search that stuff, but it kind of -- it brought me back to the memory of the commercial that was on TV recently about water and when they had the water store in a big city and they had people come in, and the guy's going, "This water is really good. It's got an acceptable amount of lead in it." And people are going, "Well, I'm not going to drink that." "Well, this one's got a little bit less, but it's still" -- when you look at things for your dogs or for yourself, if you don't know what's in there, you're not going to not buy it. You know, you --



you're buying it because, one, we felt that it was a premium -- a high premium dog food because of the packaging, because of the cost, because of what it says on the package being -- you know, that it's made fresh basically. You get the opinion that it's fresh and all good, not anything else in it. So --
Q The information that you read was only on the Champion packaging, correct?
A Yes.
Q Have you ever read any Champion brochures?
A I don't believe so, no. I don't think I've ever seen a Champion brochure.
Q Have you ever read any other print materials from Champion?
A No.
Q Have you ever attended a dog food trade show?
A Dog food trade show? No.
Q Okay. How many times approximately do you think you've visited the Acana or Orijen website?
A Once, twice at the very most.
Q And when did you visit those?
A Just recently. Like I said, I -- I was just on it yesterday.
Q Okay. So which Champion dog food diets did you



purchase for your dogs?
A Six Fish. Two of them were on that, and then Jack was on -- I want to -- I get confused if it was bison or it was a beef -- it was a meat, because we couldn't do poultry or fish for him. So we went to another.
MS. BACA: I'd like to mark this as Exhibit 2.
(Exhibit No. 2 marked for identification.)
Q Mr. Weaver, do you recognize this document?
A Yes.
Q Could you please familiarize yourself with it, and when you're ready, please turn to page 6. If you could turn your attention to the last sentence above the word Interrogatory Number 6. Does that refresh your memory as to which diets you purchased for your dogs?
A Where was it? Up here? Oh, yep. That's it.
Q Could you please read it for the record.
A "The Orijen Six Fish and Orijen Regional Red.
Q Do you recall purchasing any other Champion dog food diets beside those two you just mentioned?
A No.
Q Did you purchase any Acana diets?

A Acana? No.
Q So in total, to confirm, how many Champion dog food diets did you purchase?
A Names or how many bags? How many -- just those two.
Q How many diets.
A Those two.
Q Okay. When did you begin purchasing your Champion dog food?
A Probably a year -- like I said, after they were a puppy, that's when we began getting them into adult food.
Q So you purchased Jack in 2007, correct?
A Yes.
Q Did you begin purchasing Champion dog food in 2007?
A No. As I said earlier, you feed them puppy for a year. Then you feed them adult food. You wean them into adult food.
Q Okay. So approximately what year do you think he began --
A Approximately 2008.
Q Okay. And do you recall when you stopped purchasing Champion dog food?
A When they were -- both died of cancer.



Q Approximately what --
A Last year.
Q -- month and year?
A Last year, May. We threw it all away, and we bought new food.
Q May of 2018?
A Yes.
Q So you stated that you threw away all of the dog food in May of 2018?
A Correct.
Q How did you transition Prince Harry to the next food that he started eating?
A We would have transitioned by giving him a little bit of the other food and this new food that we switched him to --
Q Okay.
A -- for less than a week.
Q I'd like to discuss how frequently you purchased Champion dog food. How many bags did you buy per month?
A At least one bag of each per month. Probably every three weeks.
Q When you say, "one bag of each," do you mean one bag of Six Fish?
A Six Fish and one of the Regional Red. We would



buy the smaller bag of the Regional Red because we only had one dog on that one. And you can't combine the receipts. You have to have of the one brand to get your free bag. So --
Q You're talking about the Mounds loyalty program?
A Yes.
Q Okay. Do you recall how small the Regional Red bag was, how many pounds it was?
A I don't recall the weight. It was next level down. We would buy the big bag of Orijen, and the next bag down was the Regional Red.
Q Okay. How did you find out that Jack had a fish allergy?
A He was itching.
Q Did you take him to the vet?
A Yes.
Q What did the vet tell you?
A He -- he actually did an allergy -- what are they called? A blood marker or whatever, and told us that he was allergic to poultry and allergic to fish. So then we put him on a more strict diet of beef, bison.
Q Did the veterinarian recommend the beef and bison?
A He didn't recommend the food, no. He just told us not to feed him a fish base or poultry.



Q Do you recall around what year it was that you figured this out?
A Probably that 2008. Sometime in late 2008.
Q If you began purchasing Champion dog food in 2008 and later that year you found out that Jack was allergic, approximately how long do you expect that Jack was eating Champion's Orijen Six Fish?
A Six Fish? Probably less than a year. Eight months.
Q How did you transition Jack from Six Fish to Regional Red?
A Gave him a little bit of the Six and then a full cup of the Regional Red.
Q How long did that take?
A Not -- a week maybe.
Q Okay.
A You're not as concerned when you're transitioning from a food to a different food as you are with puppy to the different food.
Q Understood. How much did you spend on your larger Six Fish bag?
A I want to say it was 108 bucks.
Q And how much did the Regional Red cost?
A I'm going to guess 84.
Q How many times do you think you were able to get a

food -- the Orijen Regional Red is not nutritious?
A That it's not nutritious?
Q Mm-hmm.
A I -- from looking at this, it looks like it's a hundred percent nutrition.
Q Okay. Now going down the front, let's move down a little bit towards the middle. Do you see the statement here that says, "Made with regional ingredients delivered fresh or raw daily"?
A Yes.
Q What does the phrase "raw" mean to you?
A That the product was fresh and raw before it was produced into the dog food, whatever they do to produce it into dog food.
Q And when a meat is raw, does that include putting a meat on ice to keep it raw?
A I would hope they would refrigerate it.
Q Okay. And how about the word "fresh"? What makes something fresh?
A That it's not been sitting around and getting moldy and stale.
Q Did you read the phrase that the ingredients are delivered fresh or raw before you purposed the dog food?
A Yes.



Q Was this important to you?
A That it was fresh, yes.
Q Why?
A Because I don't want to feed my -- I mean, if we're buying bags that are sealed so that there's no air in it, we're concerned that other things can get in it.
Q Okay. So continuing on the front of the bag, let's direct our attention now to a logo on the right that says "FD." Do you see that?
A FD?
Q A little bit higher. Right there.
A Okay. I don't see FD anywhere.
MS. PETERSON: Yeah, I don't see that.
Q It's a black icon on the right in a hexagon-type shape.
A These guys here?
Q Yes.
A Okay. Okay.
Q All right. So I'm going to read underneath it. It says, "Freeze dried tripe infused for natural flavor."
Did I read that correctly?
A Yes.



Q And do you recall seeing on the bag that freezing processes were used in the making of this dog food?
A I do not recall that, no.
Q Okay. Would the fact that freezing was used, would that be a problem for you?
A Wouldn't be a problem for me, no.
Q Okay. I'm going to introduce another exhibit. It's going to be the other dog food. So this will be Exhibit 5.
(Exhibit No. 5 marked for identification.)
Q Here you go, Mr. --
MS. PETERSON: I just want to see what exhibit number this is. Sorry. I just want to mark these for myself.
Q Does this look like the bags you purchased for your dogs?
A Yep.
Q Can you please turn your attention to the second page, which is an image of the back of the bag. If you can direct your attention about three-fourths of the way down, you'll see some little cartoon images of different fish. Do you see where I'm pointing to?



A Yes.
Q Okay. And I'm going to read a phrase. It says, "This 13-pound package of Orijen is made with over 11 pounds of fresh, raw, or dehydrated fish ingredients." Did I read that correctly?
A Yes.
Q And does the -- the word "raw" mean anything different in the context of fish to you?
A No.
Q Okay. Does Champion represent anywhere that a hundred percent of its ingredients are fresh?
MS. PETERSON: Objection, calls for speculation.
A It doesn't say that, no.
Q Okay. Does it say anywhere that a hundred percent of these ingredients are raw?
A It does not say that a hundred percent of the ingredients are raw.
Q Okay. So now let's move our -- our attention a little bit lower down on the bottom left little square. It says, "Whole prey diet." Do you see that?
A Yes.
Q And underneath that, it says, "Fish, organs, and cartilage." Did I read that correctly?

A Yep.
Q Did you review the concept of whole prey? Did you see that before you purchased the dog food?
A I wouldn't have gotten that precise, no. I looked at things like "biologically appropriate dog food" and that it's fresh and, I mean, all the little niche words, "kitchens." So I think of a person with a little chef's hat on in a kitchen, not -- not a factory slopping whatever through it. So --
Q Do you have any reason to think that the food or the ingredients to make the Orijen food were not fresh?
A Do I have? No. It's telling me that everything is fresh.
Q Do you believe otherwise?
A I didn't believe otherwise, no.
Q How about now after your experience purchasing it --
A Yes.
Q -- for ten years?
A Now even after listening to you talk about 13 pounds and 11 pounds of fresh -- okay. In my mind, what's the other two pounds? You know, so --
Q So why don't you think the food is fresh?



A Because it's -- first of all, you've got two pounds of something that's not fresh in there, and I didn't even notice that on the package before.
Q Okay.
MS. PETERSON: Objection to the point also that Six Fish pack -- packaging changed throughout the years, and he bought the pet food for over ten years. So this may not be the exact package that he saw when purchasing the food.
THE WITNESS: That is true, because this is more of an updated package. I'm sure it is.
Q Okay. Let's turn to the front of this bag. Right in the dead middle, it says, "Biologically appropriate." How do you define biologically appropriate?
A Means that it's good, healthy food for my dogs. It's made with only six fish. I was told that there are specific times of the year that they can't even get all six fish, so they stop producing it.
Q Is there any reason for you to think that the food is not biologically appropriate?
A No, because it's telling me that it is, and I



trusted them.
Q Do you believe otherwise at this moment?
A At this moment, yes.
Q Why?
A Because I feel that it created the cancer that killed my two dogs.
Q Do you have any reason to believe it created the cancer other than your own gut opinion?
A I have not got actual medical proof, no.
Q Okay. I'm going to introduce an exhibit, 6.
(Exhibit No. 6 marked for identification.)
Q Does this look like another iteration of the Six Fish diets that you purchased?
A Yes.
Q Okay. So I'd like to -- where's my -- did I --
MS. PETERSON: Exhibit 6? Is that what's on the --
MS. BACA: Did I accidentally give you my copy? It's marked at the --
MS. PETERSON: Oh, yeah. Did she give you two?
THE WITNESS: No.
MS. PETERSON: If you need this, you can have it. I just -- I can share with



him, but I did already write "6" on the corner.
MS. BACA: That's all right. I'll give it back to you. I'm sorry. I must have lost my copy.
Q Okay. I'd like to correct your attention to the second page, please. At the very top, it says, "Biologically appropriate food." Do you see that?
A Yes.
Q And does it say, "Here at Champion, our mission is clear and strong. We make biologically appropriate dog and cat foods."
Did I read that correctly?
A That's what it says.
Q Okay. Is there any reason to think that this mission was not accomplished at Champion dog food?
A Since the death of my two dogs, in my opinion, there is.
Q Okay.
A And this the actual back of the package? I would have never -- never read that much information in my life. So --
Q Okay. Let's go back to what was marked as Exhibit 4, which is the Regional Red. And let's go back to the five little icon logos on the --

the top right-hand side, you're going to see three little icons, and I'm looking for one that kind of looks like a little house.
A Okay.
Q Underneath it, it says, "Never outsourced." Do you see where I'm looking at?
A Yes.
Q Okay. I'm going to read a sentence now. It says, "Prepared exclusively in our DogStar Kitchens. We don't make foods for other companies, and we don't allow our foods to be made by anyone else."
Did I read that correctly?
A You read it correctly.
Q Did you review this area of the bag before you bought the food?
A Probably not.
Q Okay. And what does the concept of "never outsourced" mean to you?
A It means that they make it themselves, and they don't make it -- have somebody else make it for them in a big mill somewhere.
Q Do you think this phrase applies to the finished food product?
A Yes.
Q Is the fact that the food is not outsourced



important to you?
A I want the people that say they're producing it produce it, yes.
Q Do you have any reason to believe that Champion did outsource its food product?
A I have no idea. Doesn't say that on their packaging.
Q Okay. Let's move now to -- a little bit to the left. I'm looking at the last sentence of a larger paragraph here on the top.
A Okay.
Q And it says that, "Prepared exclusively in our Kentucky DogStar Kitchens. Award-winning Orijen is guaranteed to keep your dog healthy, happy, and strong." Did you review that before purposing?
A I'm sure I would have read that.
Q And does "happy, healthy, strong" mean something to you, or is it important to you at all?
A Of course.
Q So let's go down now to the very bottom. It's going to be to the right of that whole price section we already talked about.
A Okay.
Q And it's a little rectangle here that starts with a logo, RF.



A Yep.
Q So I'm going to read a sentence now. It says, "Orijen features fresh, raw, or dehydrated fish ingredients minimally processed at lower temperatures from wild-caught fish that are deemed fit for human consumption prior to inclusion in our foods." Did I read that correctly?
A Yes.
Q Did you read that paragraph before you purchased the dog food?
A I would have probably read the bigger lettering, maybe not down to that smaller print.
Q Okay. Is Champion -- had Champion anywhere implied that its finished kibble is fit for humans to eat?
MS. PETERSON: Objection. Not at issue in this case.
A If I would have read this, it says, "Fit for -- deemed fit for human consumption." It doesn't say finished -- correct.
Q It's talking about the fish; is that what you're saying?
A Correct, but your still looking at and it saying, "Geez, this is good stuff. It's fit for humans.
Q Does the bag -- now that I think we've gone over a



lot of square footage of this bag, is the bag saying anywhere that the food is heavy metal-free?
A I don't see that on here, no.
Q Is the bag saying anywhere that it's BPA-free?
A No.
Q Does the bag anywhere say that it is toxin-free?
A No.
Q Okay.
A In my opinion, fresh sourced product wouldn't have all that stuff in it, but I'm not a biologist.
Q Are you aware that heavy metals occur naturally in our environment?
A Yes.
Q And how did you learn that?
A Just -- I don't know. Reading it somewhere.
Q So if you agree that heavy metals occur naturally, is your -- is it your opinion that Champion's food is still natural?
A I thought it was natural, and that's the way I -- that's why we bought this product for our dogs.
Q In your lawsuit, are you saying that Champion has added metals to its dog food?
A I guess my whole thing is that if a producer is saying that it's biologically sourced and that it's appropriate for my dog, that they would have

Videotaped Deposition of SCOTT WEAVER, 6-19-19 Page 133

A I don't see meal on here.
Q Thank you. Could you please read the ingredient list on the Regional Red from DogStar.
A Okay.
Q Is there meat meal in there?
A I don't see that in here either.
MS. BACA: Okay. Thank you.
MS. PETERSON: Just one follow-up.

EXAMINATION

By Ms. Peterson:
Q Are you aware under AAFCO if they have to use the word "meal" or if there's other terms they can use?
MS. BACA: Objection.
A I'm not aware. I know I -- If it's called something else, I don't know what else it would be called.
Q Correct. So you wouldn't know if de-boned mutton or de-boned lamb or de-boned beef would --
MS. BACA: Objection.
A No, I wouldn't know that. It doesn't say, "meal," and that's what the question asked me.
MS. BACA: Okay. Thank you.
MS. PETERSON: That's it.
MS. BACA: All right.

Page 134

THE VIDEOGRAPHER: Off the record at 11:19.
(Adjourning at 11:19 a.m.)

Page 135

STATE OF WISCONSIN)
)SS
COUNTY OF DANE )

I, JESSICA BOLANOS, a Notary Public in and for the State of Wisconsin, do hereby certify that the foregoing videotaped deposition was taken before me at the offices of Verbatim Reporting, Limited, Two East Mifflin Street, Suite 102, City of Madison, County of Dane, and State of Wisconsin, on the 19th day of June 2019; that it was taken at the request of the Defendants upon verbal interrogatories; that it was taken in shorthand by me, a competent court reporter and disinterested person, approved by all parties in interest and thereafter converted to typewriting using computer-aided transcription; that said deposition is a true record of the deponent's testimony; that the appearances were as shown on Page 3 of the deposition; that the deposition was taken pursuant to notice; that said SCOTT WEAVER before examination was sworn by me to testify to the truth, the whole truth, and nothing but the truth relative to said cause. Dated June 21, 2019.

JESSICA BOLANOS
Notary Public, State of Wisconsin

Jessica Bolanos

Notary Public, State of Wisconsin