UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SCOTT WEAVER,** individually and on behalf of all others similarly situated,<br><br>**PLAINTIFF,**<br>**v.**<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP,**<br><br>**DEFENDANTS.** | Case No. 2:18-cv-01996-JPS |

**DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S EXPERT WITNESSES DR. JON A. KROSNICK AND MR. COLIN B. WEIR**

I, Rebecca A. Peterson, declare the following:

1. I am an attorney at the law firm of Lockridge Grindal Nauen P.L.L.P. I represent Plaintiff in this matter and submit this Declaration in support of Plaintiff's Motion for Class Certification. This Declaration is based on my personal knowledge and review of my files.

2. Attached as **Exhibit 1** is a true and correct copy of "Public Health Statement Cadmium," Agency for Toxic Substances & Disease Registry, September 2012 (https://www.atsdr.cdc.gov/ToxProfiles/tp5-c1-b.pdf).

3. Attached as **Exhibit 2** is a true and correct copy of "Mercury and health," World Health Organization, March 31, 2017 (https://www.who.int/news-room/fact-sheets/detail/mercury-and-health).

4. Attached as **Exhibit 3** is a true and correct copy of "Lead in Food, Foodwares, and Dietary Supplements," U.S. Food and Drug Administration, February 19, 2019 (https://www.fda.gov/food/metals/lead-food-foodwares-and-dietary-supplements).

5. Attached as **Exhibit 4** is a true and correct copy of "Chemical Contaminant Rules," U.S. Environmental Protection Agency (https://www.epa.gov/dwreginfo/chemical-contaminant-rules).

6. Attached as **Exhibit 5** is a true and correct copy of "Bisphenol A (BPA): Use in Food Contact Application," U.S. Food and Drug Administration, June 27, 2018 (https://www.fda.gov/food/food-additives-petitions/bisphenol-bpa-use-food-contact-application).

7. Attached as **Exhibit 6** is a true and correct copy of the transcript of the May 22, 2019, Deposition of Robert H. Poppenga, DVM, Ph.D., DABVT.

8. Attached as **Exhibit 7** is a true and correct copy of the transcript of the May 30, 2019, Deposition of Lorin M. Hitt, Ph.D.

9. Attached as **Exhibit 8** is a true and correct copy of Champion's 2017-2018 USA Retail Program Guide (Bates numbered CPF2070652). THIS DOCUMENT IS BEING FILED AS RESTRICTED.

10. Attached as **Exhibit 9** is a true and correct copy of the transcript of the May 22, 2019, Deposition of Dominique M. Hanssens.

11. Attached as **Exhibit 10** is a true and correct copy of "FTC Policy Statement on Deception," October 14, 1983 (https://www.ftc.gov/system/files/documents/public_statements/410531/831014deceptionstmt.pdf).

12. Attached as **Exhibit 11** is a true and correct copy of the transcript of the September 18, 2019, Deposition of Dominique M. Hanssens.

13. Attached as **Exhibit 12** is a true and correct copy of "High Impact Journals," National Institute of Environmental Health Sciences (https://tools.niehs.nih.gov/srp/publications/highimpactjournals.cfm).

14. Attached as **Exhibit 13** is a true and correct copy of the Google Scholar search page for "Semiparametric Qualitative Response Model Estimation With Instrumental Variables and Unknown Heteroscedasticity," (https://scholar.google.com/scholar?hl=en&as_sdt=0%2C5&q=%22Semiparametric+Qualitative+Response+Model+Estimation+With+Instrumental+Variables+and+Unknown+Heteroscedasticity%2C%22&btnG=).

15. Attached as **Exhibit 14** is a true and correct copy of the transcript of the August 27, 2019, Deposition of Jon Krosnick, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2019.

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson