UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SCOTT WEAVER,** individually and on behalf of all others similarly situated,<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP,**<br><br>**DEFENDANTS** | Case No. 2:18-cv-01996-JPS |

**DECLARATION OF REBECCA PETERSON IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS, DR. ROBERT H. POPPENGA**

I, Rebecca A. Peterson, declare the following:

1. I am an attorney at the law firm of Lockridge Grindal Nauen P.L.L.P. I represent Plaintiff in this matter and submit this Declaration in support of Plaintiff's Motion to Exclude Defendant's Expert Witness, Robert H. Poppenga. This Declaration is based on my personal knowledge and review of my files.

2. Attached as **Exhibit 1** is a true and correct copy of the May 22, 2019 deposition transcript of Dr. Robert H. Poppenga, DMV, PhD, DABVT.

3. Attached as **Exhibit 2** is a true and correct copy of the August 6, 2019 Expert Report of Dr. Robert H. Poppenga, DMV, PhD, DABVT.

4. Attached as **Exhibit 3** is a true and correct copy of the May 2017 White Paper published by Champion PetFoods and attached as Exhibit 3 to Dr. Poppenga's deposition.

5. Attached as **Exhibit 4** is a true and correct copy of an FDA report entitled *Target Animal Safety Reviews* (2011), https://www.fda.gov/media/81895/download.

6. Attached as **Exhibit 5** is a true and correct copy of the June 29, 2017 FDA Warning letter to Evanger's Pet Food.

7. Attached as **Exhibit 6** is a true and correct copy of CPF2118826.

8. Attached as **Exhibit 7** is a true and correct copy of CPF0057949.

9. Attached as **Exhibit 8** is a true and correct copy of CPF0057903.

10. Attached as **Exhibit 9** is a true and correct copy of EURONFINS000242.

11. Attached as **Exhibit 10** is a true and correct copy of CPF0217103.

12. Attached as **Exhibit 11** is a true and correct copy of EUROFINS000054.

13. Attached as **Exhibit 12** is a true and correct copy of EUROFINS000336.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2019.

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson